UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIETRO MANAGEMENT COMPANY, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 24-cv-02081-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 17, 18 |

At the initial case management conference on May 29, 2024, the parties were ordered to file a joint letter with the name of their mediator and date for the mediation by July 26, 2024. After the parties did not make the requisite filing by the deadline, a Clerk's Notice was issued, directing the parties to file their letter by August 5, 2024. To date, no such filing has been made. Accordingly, by **August 21, 2024**, the parties are ordered to show cause, in writing, why they failed to comply with the Court's order requiring a mediation update and shall also provide the name of their mediator and date for mediation. Failure to comply with this order may result in sanctions.

  **IT IS SO ORDERED.**

Dated: August 7, 2024

                RITA F. LIN
                United States District Judge

1